# Exhibit D

# FRESHFIELDS

By Email & Courier

Dr Anke Meier
Dr Barbara Maucher
Noerr PartG mbB
Börsenstraße 1
60313 Frankfurt am Main
Federal Republic of Germany

**Frankfurt am Main**
Freshfields PartG mbB
Bockenheimer Anlage 44
60322 Frankfurt am Main
T  +49 69 27 30 80 (Switchboard)
   +49 69 27308207 (Direct)
F  +49 69 23 26 64
E  carsten.wendler@freshfields.com
www.freshfields.com

**Doc ID**
EUROPE-LEGAL-299728639
**Our Ref**
131876-0007 CWL

21 January 2025

Dear Colleagues

**Demand letter for payment**

**Strabag SE, Erste Nordsee-Offshore Holding GmbH and Zweite Nordsee-Offshore Holding GmbH v Federal Republic of Germany (ICSID Case No ARB/19/29)**

We make reference to the Tribunal's award rendered in the arbitration proceeding ICSID Case No ARB/19/29 between Strabag SE (**STRABAG**), Erste Nordsee-Offshore Holding GmbH (**NOH 1**) and Zweite Nordsee-Offshore Holding GmbH (**NOH 2**) (together the **Claimants**), and the Federal Republic of Germany (the **Respondent**, together with the Claimants, the **Parties**), and dispatched to the Parties on 18 December 2024 (the **Award**).

As you are aware, the Tribunal ordered the Respondent to pay compensation to NOH 1 in the amount of **EUR 61,400,000.00** and to NOH 2 in the amount of **EUR 179,546,773.55**, both with pre-award interest as of 18 December 2013 at a rate of 3 percent per annum until the date of the Award, compounded yearly. Thus, as of 18 December 2024, the compensation payable to NOH 1 amounts to **EUR 84,991,959.66** (including accrued interest of EUR 23,591,959.66) and the compensation payable to NOH 2 amounts to **EUR 248,534,725.33** (including accrued interest of EUR 68,987,951.78).

Moreover, the Tribunal ordered the Respondent to pay to the Claimants **USD 368,500.00**, **GBP 548,577.33** and **EUR 4,879,218.32** of their costs incurred in the proceedings, with interest at a rate of 3 percent per annum, compounded yearly, and payable from 60 days from the date of the Award (18 December 2024), i.e. 17 February 2025.

# FRESHFIELDS

Freshfields Partnerschaftsgesellschaft mit beschränkter Berufshaftung (Freshfields PartG mbB) has its seat in Frankfurt am Main and is registered with the partnership register of the Amtsgericht Frankfurt am Main with registered number PR 2677. For further regulatory information please refer to https://www.freshfields.com/en-gb/footer/legal-notice/germany-legal-notice.

A list of all members of Freshfields PartG mbB is available on request. The reference to 'partners' means members of Freshfields PartG mbB as well as consultants and employees of Freshfields PartG mbB with equivalent standing and qualifications who are not members of the partnership.

**FRESHFIELDS**

2 | 2

Against this background, on behalf of the Claimants, we respectfully request the Respondent to pay the following sums to the Claimants' joint bank account listed below in due course, **the latest on 16 February 2025**:

1. EUR 338,405,903.31
2. USD 368,500.00
3. GBP 548,577.33

| Account details | |
| --- | --- |
| Account holder | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| IBAN | ▮▮▮▮▮▮▮▮▮▮ |
| Account number | ▮▮▮▮▮ |
| Bank | ▮▮▮▮ |
| Swift / BIC | ▮▮▮▮ |
| Reference | ICSID Case No ARB/19/29 |

Please note that interest at the rate of 3 percent per annum, compounded yearly, will accrue as of 17 February 2025 on all sums requested above.

Yours faithfully

*[signature]*

Dr Boris Kasolowsky
Dr Carsten Wendler
Eric Leikin