IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERSTE NORDSEE-OFFSHORE HOLDING GMBH<br><br>and<br><br>ZWEITE NORDSEE-OFFSHORE HOLDING GMBH<br><br>Petitioners,<br><br>v.<br><br>FEDERAL REPUBLIC OF GERMANY<br><br>Respondent. | Civil Action No. ___ |

**[PROPOSED] ORDER**

This matter is before the Court on Petitioners' Erste Nordsee-Offshore Holding GmbH and Zweite Nordsee-Offshore Holding GmbH Petition to Recognize and Enforce an ICSID Arbitration Award for an order and judgment recognizing and enforcing the final, binding arbitration award (the "Award") against the Federal Republic of Germany ("Respondent") rendered on December 18, 2024, in arbitration between Petitioners and Respondent conducted under the auspices of the International Centre for Settlement of Investment Disputes ("ICSID") in ICSID Case No. ARB/19/29, captioned *STRABAG SE, Erste Nordsee-Offshore Holding GmbH and Zweite Nordsee-Offshore Holding GmbH v Federal Republic of Germany*.

Upon review of the Petition and the entire record in this case, the Court hereby grants the Petition, enters judgment in favor of Petitioners, and recognizes and enforces the Award pursuant to 22 U.S.C. § 1650a.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That the Award is recognized and enforced pursuant to 22 U.S.C. § 1650a; and it is further

ORDERED that, in accordance with the Award, judgment shall be entered in Petitioners' favor against Respondent in the amount of (i) EUR 240,946,773.55, representing the damages awarded by the Tribunal; plus (ii) EUR 92,579,911.43, representing pre-Award interest on the damages at 3% compounded annually from December 18, 2013 to December 18, 2024; plus (iii) ongoing interest as provided by the Tribunal, accruing until the date of judgment; plus (iv) post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961; and it is further

ORDERED that Respondent will bear the costs of this proceeding; that Petitioners shall submit a motion with supporting documentation establishing their costs for this proceeding within twenty-one (21) days of this Order; and that Respondent shall respond to Petitioners' cost submission within fourteen (14) days after it is filed.

ORDERED this _____ day of _____, 2025.

By: _____
United States District Judge